```
                                                              FILED
                                                      UNITED STATES DISTRICT COURT
                                                           DENVER, COLORADO
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLORADO                    JAN 31 2011

                                                         GREGORY C. LANGHAM
Civil Action No. 10-cv-02764-BNB                                      CLERK
```

WILLIAM GILMORE,

    Plaintiff,

v.

ARISTEDES ZAVARAS, Exec. Dir. CODOC,
ANTHONY A. DeCESARO, Step 3 Grievance Officer,
JOAN M. SHOEMAKER, Deputy Director of Prisons, Clinical Services,
DOCTOR SHAMES, Access Correctional Care, Clinical Support Services,
DOCTOR ELIZABETH KRAFT, Colorado Access, and
JANE-JOHN DOE, Unknown Medical Staff,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED January 31, 2011, at Denver, Colorado.

                                                                BY THE COURT:

                                                                 s/ Boyd N. Boland
                                                                  United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02764-BNB

William Gilmore
Prisoner No. 63549
Colorado Territorial Corr. Facility
P.O. Box 1010
Cañon City, CO 81215-1010

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on January 31, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk