IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02764-MSK-BNB

WILLIAM GILMORE,

    Plaintiff,

v.

ARISTEDES ZAVARAS, Exec. Dir. CODOC,
ANTHONY A. DeCESARO, Step 3 Grievance Officer,
JOAN M. SHOEMAKER, Deputy Director of Prisons, Clinical Services,
DOCTOR SHAMES, Access Correctional Care, Clinical Support Services,
DOCTOR ELIZABETH KRAFT, Colorado Access, and
JANE-JOHN DOE, Unknown Medical Staff,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 15 2011

GREGORY C. LANGHAM
CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

**ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

**FURTHER ORDERED** that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process

on the defendants.

DATED this 15th day of March, 2011.

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02764-MSK-BNB

William Gilmore
Prisoner No. 63549
CTCF
PO Box 1010
Cañon City, CO 81215- 1010

US Marshal Service
Service Clerk
Service forms for: Aristedes Zavaras, and Doctor Elizabeth Kraft

Anthony DeCesaro, Joan M. Shoemaker, and Doctor Shames - **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Aristedes Zavaras and Doctor Elizabeth Kraft; to Keith Nordell for service of process on Anthony DeCesaro, Joan M. Shoemaker, and Doctor Shames: AMENDED COMPLAINT FILED 12/17/10, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/15/11.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk